McGREGOR W. SCOTT
United States Attorney
KATHERINE SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

JAN 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MANUEL MONTENEGRO, ET AL.,<br><br>   Defendants. | CASE NO: 1:19-MJ-00014-EPG<br><br>ORDER TO UNSEAL CRIMINAL COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint, affidavit, and other case documents in the above-captioned matters be, and are, unsealed.

Dated: January 24, 2019

The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL CRIMINAL COMPLAINT